UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adam Roeder,<br><br>           Plaintiff,<br><br>v.<br><br>Collection Bureau of the Hudson Valley, Inc.,<br><br>           Defendant. | CASE NO. 7:20-cv-06200-JCM |

## ORDER

This matter is before the Court on the Parties' Stipulated Order for Permissible Purpose Order pursuant to 15 U.S.C. § 1681b(a)(1). (Doc. No. 38.)

IT IS HEREBY ORDERED that non-party Experian Information Solutions, Inc., may produce selected, agreed upon, documents, if any, containing the credit and/or personal identifying information of consumers other than Plaintiff, pursuant to 15 U.S.C. § 1681b(a)(1), and subject to the protective order in this case that governs Experian's exchange of confidential, trade secret, and proprietary information, submitted to the Court at ECF 37.

Dated: March 28, 2022

                                                        _Judith C. McCarthy_
                                                        HON. JUDITH C. McCARTHY