IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ADAM ROEDER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**COLLECTION BUREAU OF THE HUDSON VALLEY, INC.**,<br><br>*Defendant*. | Case No. 7:20-cv-06200-JCM |

## NOTICE OF SETTLEMENT

Plaintiff Adam Roeder hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 60 days. Accordingly, Plaintiff respectfully requests that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Respectfully submitted,

Dated: June 2, 2022

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
11 Broadway, Suite 615
New York, NY 10001
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Classes*